In the Matter of the Probate of the Will of EDWARD S. LOWE, Deceased.

FLORA L. COUTTS, Appellant; ROBERTA L. GAY et al., Respondents.

Argued March 6, 1939; decided April 11, 1939.

*Harry D. Sanders* and *John F. Connelly* for appellant.
*Theodore A. Burd* for respondents.

Order affirmed, with costs to respondents payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.